# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

Anna Lane
Plaintiff

v.

3:26-cv-00798
Civil Action No.

The Lincoln National Life Insurance Company
Defendant

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
Plaintiff, Anna Lane,

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
****Please separate names with a comma and do not add address information. Only text visible within box will print.***

1. Anna Lane, Plaintiff herein;
2. The Lincoln National Life Insurance Company, Defendant herein;
3. J. Price McNamara

J. Price McNamara, LA 20291
Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.