**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ANNA LANE,** | **CIVIL ACTION NO.: 3:26-cv-00798-JWD-EWD** |
| **PLAINTIFF** | |
| **vs.** | **DISTRICT JUDGE JOHN W. deGRAVELLES** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAG. JUDGE ERIN WILDER-DOOMES** |
| **DEFENDANT** | |

**<u>DEFENDANT'S EX PARTE MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT</u>**

Defendant The Lincoln National Life Insurance Company ("Lincoln"), files this Ex Parte Motion to Extend its Deadline to Respond to Plaintiff's Complaint.

1. Plaintiff filed this lawsuit on July 23, 2026. Lincoln was served with process through the Louisiana Secretary of State on July 28, 2026, and thus must file its Answer or otherwise respond by August 18, 2026.

2. Pursuant to Local Civil Rule 7(a), Lincoln requests an extension to respond to or answer Plaintiff's Complaint in order to allow it time to obtain the necessary documents to appropriately respond to the Complaint. As such, Lincoln requests that the Court enter an order that it have until and including September 1, 2026, to answer or otherwise respond to Plaintiff's Complaint. Defendant has not previously sought an extension of time to plead.

3. Counsel for Defendant has conferred with Plaintiff's counsel, J. Price McNamara, with regard to the relief requested in this Motion, and Mr. McNamara stated that Plaintiff does not oppose the requested extension through September 1, 2026.

4. This Motion Regarding Deadline to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, Lincoln requests that the Court enter an order that it shall have until and including September 1, 2026, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Keiran S. McCluskie (Bar # 40874)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
keiran.mccluskie@phelps.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

*/s/ Lindsay Calhoun*
Lindsay Calhoun