**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ANNA LANE,** | **CIVIL ACTION NO.: 3:26-cv-00798-JWD-EWD** |
| **PLAINTIFF** | |
| **vs.** | **DISTRICT JUDGE JOHN W. deGRAVELLES** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAG. JUDGE ERIN WILDER-DOOMES** |
| **DEFENDANT** | |

**ORDER ON DEFENDANT'S EX PARTE MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

On this day, came on to be considered Defendant, The Lincoln National Life Insurance Company's Ex Parte Motion To Extend Deadline to Respond to Plaintiff's Complaint. Upon reviewing the Motion, the Court finds that the Motion should be granted and this Order entered. It is therefore

ORDERED that Defendant The Lincoln National Life Insurance Company shall have until and including September 1, 2026, to answer or otherwise respond to Plaintiff's Complaint.

**SIGNED** this ______ day of ____________________, 2026.

______________________________________
UNITED STATES DISTRICT JUDGE