**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ANNA LANE,** | **CIVIL ACTION NO.: 3:26-cv-00798-JWD-EWD** |
| **PLAINTIFF** | |
| **vs.** | **DISTRICT JUDGE JOHN W. deGRAVELLES** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | **MAG. JUDGE ERIN WILDER-DOOMES** |
| **DEFENDANT** | |

**DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S STATEMENT OF CORPORATE DISCLOSURE**

Defendant, The Lincoln National Life Insurance Company, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this statement of corporate disclosure and states:

The Lincoln National Life Insurance Company, an Indiana insurance company, is a non-governmental corporate party with the following parent corporation(s):

Lincoln National Corporation

The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

*__/s/ Lindsay Calhoun__*

Lindsay Calhoun (Bar #35070)
Keiran S. McCluskie (Bar # 40874)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
keiran.mccluskie@phelps.com

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the parties.

*/s/ Lindsay Calhoun*