**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ANNA LANE,**

**vs.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

**CIVIL ACTION NO.: 3:26cv00798-JWD-EWD**

**DISTRICT JUDGE JOHN W. deGRAVELLES**

**MAG. JUDGE ERIN WILDER-DOOMES**

**IWANA RADEMAEKERS'S DECLARATION IN SUPPORT OF HER MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to 28 U.S.C. § 1746, the undersigned, Iwana Rademaekers, declares as follows:

**1.**

I am Iwana Rademaekers.

**2.**

I am over the age of 18 years and a citizen of the United States.

**3.**

I was duly admitted to practice in the United States District Court for the Northern District of Texas on November 7, 1988.

**4.**

No disciplinary proceedings or criminal charges have been instituted against me.



EXHIBIT

A

**5.**

I DO SOLEMNLY SWEAR (OR AFFIRM OR PROMISE) that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

I declare under penalty and perjury that the foregoing is true and correct.

______________________________
**IWANA RADEMAKERS**

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 17TH DAY OF AUGUST 2026.

______________________________
NOTARY PUBLIC IN THE STATE OF TEXAS
Commission expires April 29, 2030

Notary Public State of Texas
**Sandra J Acker**
**My comm. exp. 04/29/2030**
**Notary ID 128254128**