**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ANNA LANE,**<br><br>**PLAINTIFF** | **CIVIL ACTION NO.: 3:26-cv-00798-JWD-EWD** |
| **vs.** | **DISTRICT JUDGE JOHN W. deGRAVELLES** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**DEFENDANT** | **MAG. JUDGE ERIN WILDER-DOOMES** |

**ORDER GRANTING PRO HAC ADMISSION**

**IT IS ORDERED**, that Iwana Rademaekers be and the same is hereby, admitted *pro hac vice* as additional counsel of record for The Lincoln National Life Insurance Company in the above referenced matter.

Entered this ________ day of ______________________, 2026.

______________________________
UNITED STATES MAGISTRATE JUDGE